**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  91-cv-02027-LTB

SECURITIES AND EXCHANGE COMMISSION,
    Plaintiff,

v.

ALPINE MUTUAL FUND TRUST, AN INVESTMENT COMPANY CONSISTING OF TWO SERIES FUNDS, NATIONAL MUNICIPAL ASSET TRUST AND CALIFORNIA MUNICIPAL ASSET TRUST,
    Defendant.
_____

**ORDER**
_____

This matter comes before the Court on the Forty-Fourth Interim Application for Receiver's Fees by Raymond L. Friedlob, filed November 3, 2005.

This case was instituted by the filing of a Complaint by the Securities and Exchange Commission on November 20, 1991.  On November 20, 1991, U.S. District Court Judge Sherman G. Finesilver entered a temporary restraining order.  On November 25, 1991, U.S. District Court Judge Sherman G. Finesilver appointed Raymond L. Friedlob, Esq., as the Receive (the "Receiver") for Alpine Mutual Fund Trust and its two series fund trusts, National Municipal Asset Trust ("NMAT") and California Municipal Asset Trust ("CMAT").

On December 26, 1991, U.S. District Court Judge Sherman G. Finesilver entered an Order, <u>nunc pro tunc</u> November 25, 1991, authorizing Raskin & Friedlob, P.C. to be employed as counsel for the Receiver.  Raskin & Friedlob, as of July 1, 1994, was one of the professional corporations constituting Friedlob Sanderson Raskin Paulson and

Tourtillott, a law partnership of professional corporations (the "Partnership").  On May 15, 1995, the Court entered an Order authorizing Friedlob Sanderson Raskin Paulson & Tourtillott, LLC (the "LLC") to be employed as counsel to the Receiver.  U.S. District Court Judge Sherman G. Finesilver entered a final judgment of permanent injunction on December 12, 1991.

In the filed Application the Receiver requests payment for the period October 1, 2002 through September 30, 2005.  This Court has carefully reviewed the Application.

It is hereby ORDERED:

1. CMAT is DIRECTED to pay the Receiver fees in the amount of $34.51.

2. NMAT is DIRECTED to pay the Receiver fees in the amount of $7,599.42.

DATED at Denver, Colorado, this  7th  day of November, 2005.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge