**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 91-cv-02027-LTB

SECURITIES AND EXCHANGE COMMISSION,
    Plaintiff,

v.

ALPINE MUTUAL FUND TRUST, AN INVESTMENT COMPANY CONSISTING OF TWO SERIES FUNDS, NATIONAL MUNICIPAL ASSET TRUST AND CALIFORNIA MUNICIPAL ASSET TRUST,
    Defendant.
_____

**ORDER**
_____

THE COURT, having reviewed Receiver's Motion to Dispose of the Books, Files and Records of the California Municipal Asset Trust ("CMAT") and the CMAT Liquidating Trust (Doc 407 - filed April 6, 2006), hereby

ORDERS that all books, files, and records of CMAT and the CMAT Liquidating Trust currently held by the Receiver be destroyed

DATED at Denver, Colorado, this  11th  day of April, 2006.

                                          BY THE COURT:


                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge